USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10 AUG 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA  :  S1 10 CR. 654 (HB)

-v-

DOMINICK P. CAROLLO,
STEVEN E. GOLDBERG, and
PETER S. GRIMM,

           Defendants.

## ORDER TO SEAL TRANSCRIPT

Due to the confidential nature of the information disclosed in the transcript, it is hereby

ORDERED that the Transcript of August 9, 2011 Oral Argument shall be sealed.

Entered: August 10, 2011
New York, New York

_____
United States District Judge
Part I