UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | S1-10-CR-654 (HB) |
| V. | : | **NOTICE OF GOVERNMENT'S** |
| DOMINICK P. CAROLLO, | : | **MOTION TO CLARIFY OR** |
| STEVEN E. GOLDBERG, and | | **RECONSIDER THE** |
| PETER S. GRIMM, | : | **APPLICABILLITY OF** |
| | | **SECTION 3293'S TEN-YEAR** |
| Defendants. | : | **STATUTE OF LIMITATIONS** |
| | | **TO COUNTS FOUR AND** |

------------------------------------------------------------X  **FIVE**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Government's Motion to Clarify or Reconsider the Applicability of Section 3293's Ten-Year Statute of Limitations to Counts Four and Five, the Government will move this Court before the Honorable Harold Baer, Jr., Judge for the United States District for the Southern District of New York, for an order clarifying or reconsidering the applicability of Section 3293's ten-year statute of limitations to Counts Four and Five, and for such other relief as the Court deems appropriate.

Respectfully submitted,

*/s/ Antonia R. Hill*

DEIRDRE A. McEVOY
Chief, New York Field Office
Antitrust Division
U.S. Department of Justice

Dated:   New York, New York
         September 1, 2011

ANTONIA R. HILL
STEVEN TUGANDER
KEVIN B. HART
JOSEPH MUOIO
Attorneys, Antitrust Division
U.S. Department of Justice
26 Federal Plaza, Room 3630
New York, New York 10278
(212) 335-8000

# CERTIFICATE OF SERVICE

The undersigned, a paralegal, hereby certifies that he caused a true copy of the foregoing Notice of Government's Motion to Clarify or Reconsider the Applicability of Section 3293's Ten-Year Statute of Limitations to Counts Four and Five to be served on the 1st day of September 2011 on the following:

Howard E. Heiss.
Mark A. Racanelli, Esq.
O'Melveny & Meyers LLP
7 Times Square
New York, New York 10036
(By E-mail)

Walter Timpone, Esq.
McElroy, Deutsch, Mulvaney & Carpenter
1300 Mt. Kemble Ave.
Morristown, NJ 07962
(By E-mail)

John Siffert, Esq.
Lankler, Siffert & Wohl LLP
500 Fifth Avenue
New York, New York 10110
(By E-Mail)

Dated: September 1, 2011

By: _____
Patrick William Lang
Paralegal, Antitrust Division
U.S. Department of Justice
26 Federal Plaza, Room 3630
New York, New York 10278
212-335-8000