UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| V. : | S1-10-CR-654 (HB) |
| DOMINICK P. CAROLLO, : | **MOTION TO CLARIFY OR** |
| STEVEN E. GOLDBERG, and | **RECONSIDER THE** |
| PETER S. GRIMM, : | **APPLICABILLITY OF** |
| | **SECTION 3293'S TEN-YEAR** |
| : | **STATUTE OF LIMITATIONS** |
| Defendants. | **TO COUNTS FOUR AND** |
| : | **FIVE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The United States respectfully moves this Court to clarify or reconsider its Opinion and Order of August 25, 2011, concerning the applicability of Section 3293's ten-year statute of limitations to Counts Four and Five.

Respectfully submitted,

*[signature]*

| | |
|---|---|
| DEIRDRE A. McEVOY | ANTONIA R. HILL |
| Chief, New York Field Office | STEVEN TUGANDER |
| Antitrust Division | KEVIN B. HART |
| U.S. Department of Justice | JOSEPH MUOIO |
| | Attorneys, Antitrust Division |
| Dated: New York, New York | U.S. Department of Justice |
| September 1, 2011 | 26 Federal Plaza, Room 3630 |
| | New York, New York 10278 |
| | (212) 335-8000 |