USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v -

DOMINICK P. CAROLLO,
STEVEN E. GOLDBERG, and
PETER S. GRIMM,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10 CRIM. 654 (HB)

[PROPOSED] MOTION
**SCHEDULING ORDER**

For good cause shown, it is hereby

ORDERED that the following schedule applies to the Government's "Motion to Clarify or Reconsider the Applicability of Section 3293's Ten-Year Statute of Limitations to Counts Four and Five."

1. Defendants' answering papers shall be served and filed no later than September 13, 2011. *HB*

2. The Government's reply, if any, shall be served and filed no later than September 20, 2011. *HB*

*I make the earlier dates so that if you choose to argue we can have argument on my conf. day, e.g. 9/22 at noon if you choose to simply submit we can keep your Rule dates. If true [illegible].*

Dated: New York, New York
      September 6, 2011

SO ORDERED:

_____
HAROLD BAER, JR.
United States District Judge