# CERTIFICATE OF SERVICE

The undersigned, a paralegal, hereby certifies that he caused a true copy of the foregoing Notice of Government's Reply Memorandum In Support Of the Government's Motion to Clarify or Reconsider the Applicability of Section 3293's Ten-Year Statute of Limitations to Counts Four and Five to be served on the 20th day of September 2011 on the following:

Howard E. Heiss.
Mark A. Racanelli, Esq.
O'Melveny & Meyers LLP
7 Times Square
New York, New York 10036
(By E-mail)

Walter Timpone, Esq.
McElroy, Deutsch, Mulvaney & Carpenter
1300 Mt. Kemble Ave.
Morristown, NJ 07962
(By E-mail)

John Siffert, Esq.
Lankler, Siffert & Wohl LLP
500 Fifth Avenue
New York, New York 10110
(By E-Mail)


Dated: September 20, 2011

By: /s/ Patrick William Lang
Patrick William Lang
Paralegal, Antitrust Division
U.S. Department of Justice
26 Federal Plaza, Room 3630
New York, New York 10278
212-335-8000