Alfred J. Kuffer (AK 2275)
MONTGOMERY, MCCRACKEN,
   WALKER & RHOADS, LLP
123 S. Broad Street, 28th Floor
Philadelphia, PA 19109
Telephone: (215) 772-1500
Fax:  (215) 772-7620

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | S1 10-CR-654 (HB) |
| | : | |
| v. | : | |
| | : | |
| DOMINIC P. CAROLLO, et al. | : | |
| | : | **MOTION TO ADMIT** |
| Defendants. | : | **LATHROP B. NELSON, III** |
| | | ***PRO HAC VICE*** |

PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Alfred J. Kuffler, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Lathrop B. Nelson, III
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad St.
Philadelphia, PA 19109
Telephone: (215) 772-7473
Fax: (215) 731-3708
lnelson@mmwr.com

Lathrop B. Nelson, III, is a member in good standing of the Bars of the States of Pennsylvania

and New Jersey.  There are no pending disciplinary proceedings against Mr. Nelson in any State

or Federal court.

Dated: November 8, 2011

Alfred J. Kuffer (AK 2275)
MONTGOMERY, MCCRACKEN,
   WALKER & RHOADS, LLP
123 S. Broad Street, 28th Floor
Philadelphia, PA 19109
*Attorney for Martin J. Stallone*

Alfred J. Kuffer (AK 2275)
MONTGOMERY, MCCRACKEN,
   WALKER & RHOADS, LLP
123 S. Broad Street, 28th Floor
Philadelphia, PA 19109
Telephone: (215) 772-1500
Fax:  (215) 772-7620

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | S1 10-CR-654 (HB) |
| | : | |
| v. | : | |
| | : | **AFFIDAVIT OF ALFRED J.** |
| DOMINIC P. CAROLLO, et al. | : | **KUFFLER IN SUPPORT OF** |
| | : | **MOTION TO ADMIT** |
| Defendants. | : | **LATHROP B. NELSON, III** |
| | | ***PRO HAC VICE*** |

Alfred J. Kuffler, being duly sworn, hereby deposes and says as follows:

1.     I am a partner of Montgomery, McCracken, Walker & Rhoads, LLP, and counsel for Movant Martin J. Stallone ("Movant") I the above-captioned actions.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of Movant's motion to admit Lathrop B. Nelson, III, as counsel *pro hac vice* to represent Movant in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1986.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Mr. Nelson since September 2002.

4.     Mr. Nelson is a partner of Montgomery, McCracken, Walker & Rhoads, LLP, in Philadelphia, Pennsylvania.

5.     I have found Mr. Nelson to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Criminal Procedure and the Federal Rules of Evidence.

6.     Accordingly, I am pleased to move for the admission of Lathrop B. Nelson, III, *pro hac vice*.

7.     I respectfully submit two (2) certificates of good standing for Lathrop B. Nelson, III, issued by (1) the State Bar of Pennsylvania on October 31, 2011 (attached hereto as **Exhibit A**); and (2) the State Bar of New Jersey on November 4, 2011 (attached hereto as **Exhibit B**).

8.    I respectfully submit a proposed order granting the admission of Lathrop B. Nelson, III, *pro hac vice*, which is attached hereto as **Exhibit C**.

WHEREFORE, it is respectfully requested that the motion to admit Lathrop B. Nelson, III, *pro hac vice*, to represent Movant in the above-captioned matter, be granted.

Dated: November 8, 2011

Respectfully submitted,

Alfred J. Kuffer (AK 2275)

Sworn before me this 8th
day of ~~October~~ November 2011.

Patricia L. Marsden

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PATRICIA L. MARSDEN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 19, 2012

# EXHIBIT A



$\mathfrak{Supreme\ Court\ of\ Pennsylvania}$

## CERTIFICATE OF GOOD STANDING

### *Lathrop Barrere Nelson III, Esq.*

**DATE OF ADMISSION**

*December 6, 2001*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  October 31, 2011**

_____

Patricia A. Johnson
Chief Clerk

# EXHIBIT B

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **LATHROP B NELSON III**
*(No.* **025932001** *) was constituted and appointed an Attorney at Law of New Jersey on* **January 16, 2002** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **4TH** *day of* **November** *, 20* **11** *.*

*Clerk of the Supreme Court*

-453a-

# EXHIBIT C

Alfred J. Kuffer (AK 2275)
MONTGOMERY, MCCRACKEN,
   WALKER & RHOADS, LLP
123 S. Broad Street, 28th Floor
Philadelphia, PA 19109
Telephone: (215) 772-1500
Fax:  (215) 772-7620

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | S1 10-CR-654 (HB) |
| | : | |
| v. | : | |
| | : | **ORDER FOR ADMISSION** |
| DOMINIC P. CAROLLO, et al. | : | **PRO HAC VICE ON** |
| | : | **WRITTEN MOTION** |
| Defendants. | : | **LATHROP B. NELSON, III** |

Upon the Motion to Admit Lathrop B. Nelson, III, *Pro Hac Vice* in the above-captioned

action, submitted by sponsor Alfred J. Kuffler along with an affidavit in support thereof and

certificates of good standing from the State Bars of Pennsylvania and New Jersey, it is HEREBY

ORDERED that:

> Lathrop B. Nelson, III
> Montgomery, McCracken, Walker & Rhoads, LLP
> 123 S. Broad St.
> Philadelphia, PA 19109
> Telephone: (215) 772-7473
> Fax: (215) 731-3708
> lnelson@mmwr.com

is admitted to practice *pro hac vice* as counsel for Movant Martin J. Stallone in the above-

captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court are subject to

the Local Rules of this Court, including the Rules governing discipline of attorneys.  As this

action is assigned to the Electronic Case filing system, counsel will immediately apply for an

ECF password at nysd.uscourts.gov.  Counsel will immediately forward the *pro hac vice* fee to

the Clerk of the Court.

Dated: November ____, 2011
      New York, New York

                                        _____
                                        United States District/Magistrate Judge

Alfred J. Kuffer (AK 2275)
MONTGOMERY, MCCRACKEN,
  WALKER & RHOADS, LLP
123 S. Broad Street, 28th Floor
Philadelphia, PA 19109
Telephone: (215) 772-1500
Fax: (215) 772-7620

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | S1 10-CR-654 (HB) |
| | : | |
| v. | : | |
| | : | |
| DOMINIC P. CAROLLO, et al. | : | |
| | : | **AFFIRMATION OF SERVICE** |
| Defendants. | : | |

---

I, Alfred J. Kuffler, hereby certify that I caused a true copy of the foregoing Motion to

Admit Lathrop B. Nelson, III, *Pro Hac Vice*, together with the supporting affidavit and

accompanying exhibits, on all parties listed below:

Charles Reilly, Esq.
U.S. Department of Justice, Antitrust Division
26 Federal Plaza
New York, New York 10278
(By E-mail)

Antonia Hill, Esq.
Joseph Muoio, Esq.
Laurie Heiser, Esq.
U.S. Department of Justice, Antitrust Division
Suite 650w, Curtis Center, 7th and Walnut Streets
Philadelphia, PA 19106

Steven Tugander, Esq.
Kevin B. Hart, Esq.
U.S. Department of Justice, Antitrust Division
26 Federal Plaza, Room 3630
New York, New York 10278
*Attorneys for the United States*
(By U.S. Mail)

Daniel M. Gitner
John Sand Siffert
Lankler Siffert & Wohl LLP
500 Fifth Avenue
New York, NY 10110
***Attorneys for Stephen G. Goldberg***
(By U.S. Mail)

Howard E. Heiss
Mark Alexander Racanelli
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036
***Attorneys for Peter S. Grimm***
(By U.S. Mail)

Walter Richard Krzastek, Jr.
Walter F. Timpone
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962
***Attorneys for Dominick P. Carollo***
(By U.S. Mail)

Dated:  November __, 2011

Alfred J. Kuffler