Alfred J. Kuffer (AK 2275)
MONTGOMERY, MCCRACKEN,
    WALKER & RHOADS, LLP
123 S. Broad Street, 28th Floor
Philadelphia, PA 19109
Telephone: (215) 772-1500
Fax:  (215) 772-7620

```
┌─────────────────────────────────────┐
│ USDS SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____             │
│ DATE FILED: 11 14 11                 │
└─────────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | S1 10-CR-654 (HB) |
| | : | |
| v. | : | |
| | : | **ORDER FOR ADMISSION** |
| DOMINIC P. CAROLLO, et al. | : | *PRO HAC VICE* **ON** |
| | : | **WRITTEN MOTION** |
| Defendants. | : | **LATHROP B. NELSON, III** |

---

Upon the Motion to Admit Lathrop B. Nelson, III, *Pro Hac Vice* in the above-captioned

action, submitted by sponsor Alfred J. Kuffler along with an affidavit in support thereof and

certificates of good standing from the State Bars of Pennsylvania and New Jersey, it is HEREBY

ORDERED that:

Lathrop B. Nelson, III
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad St.
Philadelphia, PA 19109
Telephone: (215) 772-7473
Fax: (215) 731-3708
lnelson@mmwr.com

is admitted to practice *pro hac vice* as counsel for Movant Martin J. Stallone in the above-

captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court are subject to

the Local Rules of this Court, including the Rules governing discipline of attorneys.  As this

action is assigned to the Electronic Case filing system, counsel will immediately apply for an

ECF password at nysd.uscourts.gov.  Counsel will immediately forward the *pro hac vice* fee to

the Clerk of the Court.


Dated: November ____, 2011
       New York, New York

                                             _____
                                       United States District/Magistrate Judge

Application for Pro Hac Vice
GRANTED. The Clerk is
instructed to close this motion.

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: