## CERTIFICATE OF SERVICE

The undersigned, a paralegal, hereby certifies that she caused a true copy of the foregoing Reply Memorandum of Law in Support of the Government's Application to Disclose *Brady* Material and in Opposition to Privilege-Claimants' Motion for a Protective Order to be served on the 14th day of November, 2011 on the following:

Richard W. Beckler, Esq.
Bracewell & Giuliani, LLP
2000 K Street, N.W., Suite 500
Washington, D.C.  20006-1872
richard.beckler@bgllp.com

Michael McGovern, Esq.
Steven Goldschmidt, Esq.
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036
michael.mcgovern@ropesgray.com

Bradley D. Simon, Esq.
Simon & Partners, LLP
30 Rockefeller Plaza, 42nd Floor.
New York, NY 10112
bradsimon@simonlawyers.com

Daniel Zelenko, Esq.
Jeffrey Rutherford, Esq.
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
DZelenko@crowell.com
JRutherford@crowell.com

John S. Siffert, Esq.
Lankler Siffert & Wohl LLP
500 Fifth Avenue, 33rd Floor
New York, New York 10110
JSiffert@lswlaw.com

Walter F. Timpone, Esq.
McElroy, Deutsch, Mulvaney &
Carpenter
1300 Mt. Kemble Avenue
Morristown, NJ 07962
wtimpone@mdmc-law.com

Howard E. Heiss, Esq.
O'Melveny & Meyers LLP
Times Square Tower
7 Times Square
New York, New York 10036
hheiss@omm.com

Charles Stillman, Esq.
James Alfred Mitchell, Esq.
Erik M. Zissu, Esq.
Stillman, Firedman & Shechtman, P.C.
425 Park Avenue
New York, New York 10022
jmitchell@stillmanfriedman.com
cstillman@stillmanfriedman.com
ezissu@stillmanfriedman.com

Marc L. Mukasey, Esq.
Jonathan Halpern, Esq.
Philip J. Benzanson, Esq.
Bracewell & Giuliani LLP
1251 Avenue of the Americas,
49th Floor
New York, New York 10020-1104
marc.mukasey@bgllp.com
jonathan.halpern@bgllp.com
philip.bezanson@bgllp.com

Christopher R. Hall, Esq.
Saul Ewing LLP
Centre Square West
1500 Market St., 38th Floor
Philadelphia, PA 19102
chall@saul.com

Richard L. Scheff, Esq.
Montgomery, McCracken, Walker &
Rhodes, LLP
123 South Broad St.
Philadelphia, PA 19109
rscheff@mmwr.com

Ronald H. Levine, Esq.
Post & Schell PC
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
rlevine@postschell.com

Fred F. Fielding, Esq.
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
ffielding@morganlewis.com

Nina Beattie, Esq.
Brune & Richard LLP
One Battery Park Plaza
New York, N.Y. 10004
nbeattie@bruneandrichard.com

Gregory L. Poe, Esq.
Preson Burton, Esq.
Rachel S. Li Wai Suen, Esq.
Jennifer Meinig, Esq.
Poe & Burton PLLC
1025 Connecticut Avenue, N.W. Suite
1000
Washington, D.C. 20036
gpoe@poeburton.com
rliwaisuen@poeburton.com
jmeinig@poeburton.com
pburton@poeburton.com

Dated: November 14, 2011

By: _____

Caitlin Morrison
Paralegal, Antitrust Division
U.S. Department of Justice
26 Federal Plaza, Room 3630
New York, New York 10278
212-335-8014