Alfred J. Kuffer (AK 2275)
MONTGOMERY, MCCRACKEN,
  WALKER & RHOADS, LLP
123 S. Broad Street, 28th Floor
Philadelphia, PA 19109
Telephone: (215) 772-1500
Fax: (215) 772-7620

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/11
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA | S1 10-CR-654 (HB) |
| v. | |
| DOMINIC P. CAROLLO, et al. | **ORDER FOR ADMISSION** *PRO HAC VICE* **ON WRITTEN MOTION** |
| Defendants. | **LATHROP B. NELSON, III** |

Upon the Motion to Admit Lathrop B. Nelson, III, *Pro Hac Vice* in the above-captioned action, submitted by sponsor Alfred J. Kuffler along with an affidavit in support thereof and certificates of good standing from the State Bars of Pennsylvania and New Jersey, it is HEREBY ORDERED that:

> Lathrop B. Nelson, III
> Montgomery, McCracken, Walker & Rhoads, LLP
> 123 S. Broad St.
> Philadelphia, PA 19109
> Telephone: (215) 772-7473
> Fax: (215) 731-3708
> lnelson@mmwr.com

is admitted to practice *pro hac vice* as counsel for Movant Martin J. Stallone in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this

action is assigned to the Electronic Case filing system, counsel will immediately apply for an ECF password at nysd.uscourts.gov. Counsel will immediately forward the *pro hac vice* fee to the Clerk of the Court.

Dated: November ____, 2011
       New York, New York

_____
United States District/Magistrate Judge

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: 11/14/11