IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Civil No. 10-CR-0654 (HB) |
| Plaintiff, : | |
| v. : | NOTICE OF APPEARANCE |
| DOMINICK P. CAROLLO, STEVEN E. : GOLDBERG, and PETER S. GRIMM, : | (Filed Electronically) |
| Defendants. : | |

PLEASE TAKE NOTICE that, Abigail Lauer, an attorney with the firm of Saul Ewing LLP, hereby appears as counsel for third-parties IMAGE (Investment Management Advisory Group, Inc.) and David Eckhart in the above-captioned matter, and requests that copies of all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: November 22, 2011

Respectfully submitted,

By: s/ Abigail Lauer
Abigail Lauer (AL 8968)
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102
(973) 286-6700
Fax: (973) 286-6800
alauer@saul.com
*Attorneys for Investment Management
Advisory Group, Inc. and David Eckhart*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DOMINICK P. CAROLLO, STEVEN E. GOLDBERG, and PETER S. GRIMM,<br><br>      Defendants. | 10-CR-0654 (HB)<br><br><br><br>PROOF OF SERVICE |

  I, Abigail Lauer, Esq., hereby certify that on November 22, 2011, I served the within Notice of Appearance upon the following counsel of record via the Court's e-filing system:

Walter F. Timpone
Walter R. Krzastek, Jr.
McElroy Deutsch & Mulvaney
1300 Mt. Kemble Avenue
P. O. Box 2075
Morristown, NJ  07962
*Attorneys for Defendant Dominick P. Carollo*

Daniel M. Gitner
John Sand Siffert
Lankler Siffert & Wohl LLP
500 Fifth Avenue
New York, NY  1011
*Attorneys for Defendant Steven E. Goldberg*

Howard E. Heiss
Mark A. Racanelli
O'Melveny & Myers, LLP
7 Times Square
New York, NY  10036
*Attorneys for Defendant Peter S. Grimm*

Richard L. Scheff
Alfred J. Kuffler
Montgomery McCracken, Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA  19109
*Attorneys for Martin Stallone*

Antonia Roach Hill
Joseph Muoio
Laura Heiser
U.S. Department of Justice
Antitrust Division
170 S. Independence Mall West, Suite 650
Curtis Center
Philadelphia, PA  19106
*Attorneys for United States*

Kevin B. Hart
Steven Tugander
Charles V. Reilly
U.S. Department of Justice
Antitrust Division
26 Federal Plaza, Room 3630
New York, NY  10278
*Attorneys for United States*

/s/ Abigail Lauer
ABIGAIL LAUER

2