**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
—————————————————————————

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | S1 10-CR-654 (HB) |
| | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| | : | |
| DOMINIC P. CAROLLO, et al. | : | |
| | : | |
| Defendants. | : | |

—————————————————————————

To the Clerk:

I, Richard L. Scheff, hereby certify that I am admitted to practice in the United States

District Court for the Southern District of New York.  Kindly enter my appearance on behalf of

Movant Martin J. Stallone in the above-captioned matter.


Dated:  November 28, 2011
        New York, New York


MONTGOMERY, MCCRACKEN,
  WALKER & RHOADS, LLP

/s/ Richard L. Scheff
Richard L. Scheff (RS 1206)
437 Madison Avenue, 29th Floor
New York, NY 10022
Telephone:  212-551-7717
Fax:  215-731-3922

*Attorney for Martin J. Stallone*