```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA         :
                                 :
     -against-                   :
                                 :  No. 10 Cr. 1217 (KMW)
PETER GHAVAMI, GARY HEINZ,       :
and MICHAEL WELTY,               :
                                 :
          Defendants.            :
--------------------------------X
UNITED STATES OF AMERICA         :
                                 :
     -against-                   :
                                 :  No. 10 Cr. 654 (HB)
DOMINICK P. CAROLLO,             :
STEVEN E. GOLDBERG, and          :
PETER S. GRIMM,                  :
                                 :
          Defendants.            :
--------------------------------X
UNITED STATES OF AMERICA         :
                                 :
     -against-                   :
                                 :  No. 09 Cr. 1058 (VM)
RUBIN/CHAMBERS, DUNHILL          :
INSURANCE SERVICES, INC.,        :
DAVID RUBIN, ZEVI WOLMARK,       :
and EVAN ANDREW ZAREFSKY,        :      ORDER
                                 :
          Defendants.            :
--------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/11

**KIMBA M. WOOD, HAROLD BAER, JR., and VICTOR MARRERO, United States District Judges:**

Whereas oral argument has been scheduled to take place on December 2, 2011 at 3:30 p.m. in Courtroom 23 B; it is hereby

1

ORDERED that oral argument will begin on 2:30 p.m. on December 2, 2011 in Courtroom 23 B.

**SO ORDERED.**

Dated:   New York, New York
         December 1, 2011

                                                  Kimba M. Wood
                                       United States District Judge

                                              Harold Baer, Jr.
                                       United States District Judge

                                              Victor Marrero
                                       United States District Judge