DOC # 94

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DOMINICK P. CAROLLO, STEVEN E.
GOLDBERG, and PETER S. GRIMM,

Defendants.

10-CR-0654 (HB)

MOTION TO ADMIT JENNIFER L.
BEIDEL, ESQ. *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Abigail Lauer, Esq., a member in good standing of the Bar of this Court, hereby move on behalf of David Eckhart and Investment Management Advisory Group, Inc. for an Order allowing the admission *pro hac vice* of:

Jennifer L. Beidel, Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Phone: (215) 972-7850
Fax: (215) 972-1843
E-mail:jbeidel@saul.com

Jennifer L. Beidel, Esq. is a member of good standing of the Bar of the Commonwealth of Pennsylvania, the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the Middle District of Pennsylvania, and the U.S. Court of Appeals for the Third Circuit. There are no pending disciplinary proceedings against Jennifer L. Beidel, Esq. in any State or Federal Court.

Dated: December 2, 2011

City, State: Newark, New Jersey

        Respectfully submitted,

*[signature: Abigail Lauer]*

Abigail Lauer, Esq.
SDNY Bar: AL-8968
Saul Ewing LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102
Phone: 973.286.6716
Fax: 973.286.6816
E-mail: alauer@saul.com

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DOMINICK P. CAROLLO, STEVEN E. GOLDBERG, and PETER S. GRIMM,<br><br>Defendants. | 10-CR-0654 (HB)<br><br>DECLARATION OF ABIGAIL LAUER, ESQ. |

I, Abigail Lauer, Esq., hereby declare the following under penalty of perjury:

1.  I am an Associate at the law firm of Saul Ewing LLP, counsel for movants David Eckhart and Investment Management Advisory Group, Inc. (collectively, "IMAGE") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of movant IMAGE's motion to admit Jennifer L. Beidel, Esq. as counsel *pro hac vice* to represent IMAGE in this matter.

2.  I am a member in good standing of the Bar of the State of New York and have been since being admitted in 2007. I am also admitted to, and a member in good standing of, the Bar of the State of New Jersey, the United States District Court for the District of New Jersey, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States Court of Appeals for the Sixth Circuit.

3.  Jennifer L. Beidel, Esq. is also an Associate at Saul Ewing LLP, in Philadelphia, Pennsylvania. I attach an Affirmation from Ms. Beidel in Support of the Notice of Motion to admit Counsel *Pro Hac Vice* as Exhibit 1.

4. I have found Ms. Beidel to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Jennifer L. Beidel, Esq., *pro hac vice*. I attach a Certificate of Good Standing from the Commonwealth of Pennsylvania as Exhibit 2, a Certificate of Good Standing from the U.S. District Court for the Eastern District of Pennsylvania as Exhibit 3, a Certificate of Good Standing from the U.S. District Court for the Middle District of Pennsylvania as Exhibit 4, and a Certificate of Good Standing from the U.S. Court of Appeals for the Third Circuit as Exhibit 5.

6. I respectfully submit a proposed order granting the admission of Jennifer L. Beidel, Esq., *pro hac vice*, which is attached hereto as Exhibit 6.

7. I declare the foregoing statements are true under penalty of perjury under the laws of the United States of America.

WHEREFORE it is respectfully requested that the motion to admit Jennifer L. Beidel, Esq. *pro hac vice*, to represent IMAGE in the above captioned matter be granted.

Dated: December 2, 2011

Respectfully Submitted,

Abigail Lauer, Esq.
SDNY Attorney I.D.: AL-8968

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DOMINICK P. CAROLLO, STEVEN E. GOLDBERG, and PETER S. GRIMM,<br><br>Defendants. | 10-CR-0654 (HB)<br><br>AFFIRMATION OF<br>JENNIFER L. BEIDEL, ESQ. |

JENNIFER L. BEIDEL ESQ. solemnly affirms and says:

1.  I am an Associate at the law firm of Saul Ewing LLP. My Firm's principal address is Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102. My business telephone is (215) 972-7850.

2.  I received my law degree in 2006 from Penn State Dickinson School of Law in Carlisle, Pennsylvania.

3.  I have been licensed to practice law in the Commonwealth of Pennsylvania since 2006. My Pennsylvania Attorney Registration No. is 204450. I have also been licensed to practice in the U.S. Court of Appeals for the Third Circuit since 2010, the U.S. District Court for the Eastern District of Pennsylvania since 2009, and the U.S. District Court Middle District of Pennsylvania since 2008.

4.  I am, and always have been, a member in good standing of all Courts to which I have been admitted.

5.  A recent Certificate of Good Standing from the Commonwealth of Pennsylvania is attached as Exhibit 2 to the Declaration of Abigail Lauer, Esq. as well as a recent Certificate of Good Standing from the U.S. District Court for the Eastern District of Pennsylvania attached as

Exhibit 3, a recent Certificate of Good Standing from the U.S. District Court for the Middle District of Pennsylvania attached as Exhibit 4, and a recent Certificate of Good Standing from the U.S. Court of Appeals for the Third Circuit attached as Exhibit 5.

6. I have become familiar with the standards of professional conduct imposed upon members of the New York Bar and relevant statutes, rules and procedures, and I will abide by them.

7. Having spoken directly with my client on this matter, I represent to the Court that my client has full confidence in my legal abilities and wishes for me to participate as its counsel in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 22, 2011

JENNIFER L. BEIDEL, ESQ



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Jennifer Lynn Beidel, Esq.*

**DATE OF ADMISSION**

*November 6, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated: November 29, 2011**

John W. Person Jr., Esq.
Deputy Prothonotary

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

DO HEREBY CERTIFY That Jennifer L. Beidel, Bar # 204450, was duly admitted to practice in said Court on February 18, 2009, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania     MICHAEL E. KUNZ
Clerk of Court

on November 29, 2011.     BY *Aida Ayala*
Aida Ayala,    Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA          }
         }
MIDDLE DISTRICT OF PENNSYLVANIA     }

    I, Mary E. D'Andrea, Clerk of the United States District Court, Middle District of Pennsylvania, Do Hereby Certify That **Jennifer L. Beidel, Esquire,** was duly admitted to practice in said Court on August 22, 2008, and is in good standing as a member of the bar of said Court.

Dated at Scranton, Pennsylvania                 MARY E. D'ANDREA, CLERK
on November 8, 2011.

                                                      By _____
                                                                 Deputy Clerk

# UNITED STATES COURT OF APPEALS FOR
# THE THIRD CIRCUIT
# CERTIFICATE OF GOOD STANDING

I, MARCIA M. WALDRON, Clerk of the United States Court of Appeals for the Third Circuit, DO HEREBY CERTIFY THAT **Jennifer L. Beidel** was admitted to practice before this Court as an attorney and counselor on **April 28, 2010** he or she has never been suspended nor disbarred, and is presently a member of the bar of this Court in good standing.

I DO FURTHER CERTIFY that there are no grievances or complaints pending before the Disciplinary Committee of this Court against said attorney and counselor.

                IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the said Court, at Philadelphia, this 28th day of November, 2011.

                MARCIA M. WALDRON, Clerk
                United States Court of Appeals
                For the Third Circuit

                By: *[signature]*
                    Patricia S. Dodszuweit
                    Chief Deputy

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DOMINICK P. CAROLLO, STEVEN E. GOLDBERG, and PETER S. GRIMM,<br><br>Defendants. | 10-CR-0654 (HB)<br><br><br><br>ORDER |

Upon the motion of Saul Ewing LLP, attorneys for movants David Eckhart and Investment Management Advisory Group, Inc., and said sponsor's declaration in support:

IT IS HEREBY ORDERED that

Jennifer L. Beidel, Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Phone: (215) 972-7850
Fax:    (215) 972-1843
E-mail:jbeidel@saul.com

is admitted to practice *pro hac vice* as counsel for movants David Eckhart and Investment Management Advisory Group, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____

City, State:    New York, New York

_____
Harold Baer, U.S.D.J.

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DOMINICK P. CAROLLO, STEVEN E. GOLDBERG, and PETER S. GRIMM,<br><br>Defendants. | 10-CR-0654 (HB)<br><br><br><br>PROOF OF SERVICE |

I, Abigail Lauer, Esq., hereby certify that on December 2, 2011, I caused the within Motion To Admit Jennifer L. Beidel, Esq. along with supporting documents to be served upon the following counsel of record via Federal Express:

Walter F. Timpone
Walter R. Krzastek, Jr.
McElroy Deutsch & Mulvaney
1300 Mt. Kemble Avenue
P. O. Box 2075
Morristown, NJ 07962
*Attorneys for Defendant Dominick P. Carollo*

Daniel M. Gitner
John Sand Siffert
Lankler Siffert & Wohl LLP
500 Fifth Avenue
New York, NY 1011
*Attorneys for Defendant Steven E. Goldberg*

Howard E. Heiss
Mark A. Racanelli
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036
*Attorneys for Defendant Peter S. Grimm*

1350676.1 11/30/2011

Richard L. Scheff
Alfred J. Kuffler
Montgomery McCracken, Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109
*Attorneys for Martin Stallone*

Antonia Roach Hill
Joseph Muoio
Laura Heiser
U.S. Department of Justice
Antitrust Division
170 S. Independence Mall West, Suite 650
Curtis Center
Philadelphia, PA 19106
*Attorneys for United States*

Kevin B. Hart
Steven Tugander
Charles V. Reilly
U.S. Department of Justice
Antitrust Division
26 Federal Plaza, Room 3630
New York, NY 10278
*Attorneys for United States*

/s/ Abigail Lauer
ABIGAIL LAUER