

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

DOMINICK P. CAROLLO, STEVEN E. GOLDBERG, and PETER S. GRIMM,

Defendants.

10-CR-0654 (HB)

ORDER

---

Upon the motion of Saul Ewing LLP, attorneys for movants David Eckhart and Investment Management Advisory Group, Inc., and said sponsor's declaration in support:

IT IS HEREBY ORDERED that

Christopher R. Hall, Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Phone: (215) 972-7180
Fax:   (215) 972-1917
E-mail: chall@saul.com

is admitted to practice *pro hac vice* as counsel for movants David Eckhart and Investment Management Advisory Group, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the Pro Hac Vice fee to the Clerk of the Court.

Dated: _____

Application for Pro Hac Vice
GRANTED. The Clerk is
instructed to close this motion.

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
12/12/11

1350678.1 11/21/11