```
                                        ┌─────────────────────────────┐
                                        │ USDC SDNY                   │
UNITED STATES DISTRICT COURT            │ DOCUMENT                    │
SOUTHERN DISTRICT OF NEW YORK           │ ELECTRONICALLY FILED        │
-----------------------------X          │ DOC #: _____              │
UNITED STATES OF AMERICA        :       │ DATE FILED: 12/15/11        │
                                :       └─────────────────────────────┘
    -against-                    :
                                :    No. 10 Cr. 654 (HB)
DOMINICK P. CAROLLO,            :
STEVEN E. GOLDBERG, and         :
PETER S. GRIMM,                 :
                                :
            Defendants.         :
-----------------------------X
UNITED STATES OF AMERICA        :
                                :
    -against-                    :
                                :    No. 10 Cr. 1217 (KMW)
PETER GHAVAMI, GARY HEINZ,      :
and MICHAEL WELTY,              :
                                :
            Defendants.         :
-----------------------------X
UNITED STATES OF AMERICA        :
                                :
    -against-                    :
                                :    No. 09 Cr. 1058 (VM)
RUBIN/CHAMBERS, DUNHILL         :
INSURANCE SERVICES, INC.,       :
DAVID RUBIN, ZEVI WOLMARK,      :
and EVAN ANDREW ZAREFSKY,       :       ORDER
                                :
            Defendants.         :
-----------------------------X
```

**VICTOR MARRERO, United States District Judge:**

By letter dated December 15, 2011, third parties Investment Management Advisory Group, Inc., David Eckhart, and Martin Stallone (the "IMAGE Parties") request that the Court order the Government to produce to the IMAGE Parties the discovery that the Government has already produced in anticipation of the

hearing scheduled for December 20, 2011 (the "Hearing") to defendants in the three above-captioned matters.

The Government, by letter dated December 15, 2011, objects to such production and asserts that the IMAGE Parties lack standing to participate in the Hearing.

Because the Court determines that the participation of the IMAGE Parties at the Hearing would assist in the factual development of the issues to be the subject of the Hearing, it is hereby ORDERED that the Government produce to the IMAGE Parties any discovery materials it has already produced to the defendants in the three above-captioned matters to the extent that such discovery pertains to any role of the IMAGE Parties in the underlying events and would be relevant to their participation at the Hearing.

SO ORDERED.

Dated:    New York, New York
          December 15, 2011

                              Victor Marrero
                         United States District Judge

-2-