AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| <u>UNITED STATES OF AMERICA</u><br>*Plaintiff*<br>v.<br><u>DOMINICK P. CAROLLO, et al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.   10-654 (HB)

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>United States of America</u>                                                                                      .

Date:    <u>12/15/2011</u>

<u>/s/</u>
*Attorney's signature*

<u>Jeffrey C. Parker    JP 7531</u>
*Printed name and bar number*

USDOJ - Antitrust Division, 170 S. Independence
Mall West, Suite 650 West, The Curtis Center,
Philadelphia, PA  19106

*Address*

jeffrey.parker@usdoj.gov
*E-mail address*

(215) 597-2409
*Telephone number*

(215) 597-8838
*FAX number*