UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA          :
                                  :
     -against-                    :
                                  :   No. 10 Cr. 654 (HB)
DOMINICK P. CAROLLO,              :
STEVEN E. GOLDBERG, and           :
PETER S. GRIMM,                   :
                                  :
          Defendants.             :
------------------------------X
UNITED STATES OF AMERICA          :
                                  :
     -against-                    :
                                  :   No. 10 Cr. 1217 (KMW)
PETER GHAVAMI, GARY HEINZ,        :
and MICHAEL WELTY,                :
                                  :
          Defendants.             :
------------------------------X
UNITED STATES OF AMERICA          :
                                  :
     -against-                    :
                                  :   No. 09 Cr. 1058 (VM)
RUBIN/CHAMBERS, DUNHILL           :
INSURANCE SERVICES, INC.,         :
DAVID RUBIN, ZEVI WOLMARK,        :
and EVAN ANDREW ZAREFSKY,         :        ORDER
                                  :
          Defendants.             :
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/11

**VICTOR MARRERO, United States District Judge:**

     By letter dated December 15, 2011, defendants request that
the Court order the Government to produce, in anticipation of
the hearing scheduled in the three above-captioned matters for
December 20, 2011 (the "Hearing"), any Giglio material related
to the Hearing that the Government has withheld on the basis of
various privileges.

To fulfill the purposes of the Hearing, as set forth in related orders of the Court and on the record at the December 2, 2011 hearing, it is hereby ORDERED that the Government shall, as soon as possible after the entrance of this order, produce any materials that are relevant to the issues to be discussed at the Hearing, including Giglio material as to the witnesses to be examined at the Hearing.  This order does not, however, compel the Government to produce material that is covered by work product or other protections and is not relevant to the issues to be discussed at the Hearing.  To the extent that the Government must redact materials to minimize the disclosure of protected information while fulfilling its obligation to produce material relevant to the Hearing, it may do so.


**SO ORDERED.**

Dated:     New York, New York
           December 16, 2011



                              Victor Marrero
                       United States District Judge

-2-