


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/11

**U.S. Department of Justice**

Antitrust Division

*Philadelphia Field Office*

Lucy McClain
Attorney

Direct Dial: 215/597-1131
E-mail: lucy.mcclain@usdoj.gov

The Curtis Center, Suite 650 W
170 S. Independence Mall West
7th and Walnut Street
Philadelphia, Pennsylvania 19106-2424

215/597-7401
(Commercial & FTS)
FAX 215/597-8838

December 19, 2011

BY HAND DELIVERY

The Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Suite 1610
New York, New York 10007-1312

The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street, Suite 2230
New York, New York 10007-1312

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Suite 1040
New York, New York 10007

    Re:    *United States v. v. Rubin, Chambers, Dunhill, et al.*, 09-CR-01058
             *United States v. Carollo, et al.*, 10-CR-00654
             *United States v. Ghavami, et al.*, 10-CR-01217

Dear Judges Marrero, Baer, and Wood:

       The Government respectfully submits this letter in response to defense counsel's letter that was docketed today in the above-referenced cases, in which they assert that "government repeatedly declined Counsel's invitation to conduct its own investigation of what occurred and to put before the Court a full record of what happened." As the Government has demonstrated in its prompt disclosure of thirteen affidavits and more than 1,200 pages of material, much of which is internal Department of Justice correspondence, nothing could be farther from the truth.

       Following the December 2 hearing in these cases, the Government searched for and reviewed internal communications, as well as records from the FBI in order to provide records to defense counsel so that they could prepare for tomorrow's hearing. Indeed, although the Court's Orders asked that the Government provide *Giglio* material by December 15, the Government provided material that went beyond that scope.

1

Moreover, the Government agreed with defense counsel that two FBI Special Agents would appear to testify at tomorrow's hearing. In addition, the Government provided sworn affidavits for three prosecutors, three taint team attorneys, and an IRS Special Agent. The Government also obtained and submitted affidavits from the six cooperating witness: Dean Pinard, Douglas Goldberg, Douglas Campbell, Dani Naeh, Matthew Rothman and Mark Zaino regarding instructions they received not to elicit attorney client information in the course of making recordings. Of these cooperators, Dean Pinard will not be a witness in any of the above captioned cases. Nor will any of the consensual recordings will be used in any of the above captioned cases.

For these reasons, the Government respectfully submits that it has responded promptly and appropriately in the face of counsel's assertions of alleged misconduct and taint of the prosecution team. The Government has also acted in good faith in providing material to defense counsel that is relevant to the issues they have raised with the Court.

Respectfully submitted,

*Lucy P. McClain*

LUCY McCLAIN
Trial Attorney, Antitrust Division
U.S. Department of Justice

cc: All Defense Counsel (by email)

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by *the Government*.

SO ORDERED.

12-20-11
DATE        VICTOR MARRERO, U.S.D.J.

2