```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA          :
                                  :
     -against-                    :
                                  :   No. 10 Cr. 654 (HB)
DOMINICK P. CAROLLO,              :
STEVEN E. GOLDBERG, and           :
PETER S. GRIMM,                   :
                                  :
            Defendants.           :
--------------------------------X
UNITED STATES OF AMERICA          :
                                  :
     -against-                    :
                                  :   No. 10 Cr. 1217 (KMW)
PETER GHAVAMI, GARY HEINZ,        :
and MICHAEL WELTY,                :
                                  :
            Defendants.           :
--------------------------------X
UNITED STATES OF AMERICA          :
                                  :
     -against-                    :
                                  :   No. 09 Cr. 1058 (VM)
RUBIN/CHAMBERS, DUNHILL           :
INSURANCE SERVICES, INC.,         :
DAVID RUBIN, ZEVI WOLMARK,        :
and EVAN ANDREW ZAREFSKY,         :        **ORDER**
                                  :
            Defendants.           :
--------------------------------X

**VICTOR MARRERO, United States District Judge:**

By letter dated December 19, 2011 (Docket No. 351 in No. 09
Cr. 1058), UBS AG, UBS Financial Services, Inc. and UBS
Securities LLC (collectively, "UBS") request permission to
intervene in the three above-captioned matters. UBS would
intervene to assert various privileges and thereby contest

disclosure of a recorded conversation to defendants in the three above-captioned matters.

Because the Government has not sought to disclose to defendants the recording identified by UBS, any privilege or protection held by UBS is not currently at issue in the proceedings before the Court in the above-captioned matters. Accordingly, at this time, the request of UBS is DENIED.


**SO ORDERED.**

Dated:      New York, New York
            December 22, 2011

                                          _____
                                             Victor Marrero
                                          United States District Judge

-2-