UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
  UNITED STATES OF AMERICA
:
:
           - v -
:        10 CR. 654 (HB)
:
  DOMINICK P. CAROLLO,                :        ORDER
  STEVEN E. GOLDBERG, and
  PETER S. GRIMM,
:
                   Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Hon. HAROLD BAER, JR., District Judge:**

       WHEREAS on January 4, 2012 this Court held a pretrial conference in the above captioned matter and discussed amending the pretrial scheduling order as previously agreed upon; it is hereby

       ORDERED that on or before February 6, 2012 the government shall provide defendants with designations for all portions of audio recordings that it presently intends to offer at trial and notify the Court as to the approximate total length of those portions; and it is further

       ORDERED that on or before February 21, 2012 the defendants shall notify the Court as to the approximate length of all portions of the recordings that they presently intend to offer at trial; and it is further

       ORDERED that on or before February 27, 2012 the parties shall file a joint status report regarding all stipulations agreed upon as well as any sought but not agreed upon; and it is further

       ORDERED that on or before March 2, 2012, defendants shall provide any reciprocal discovery required under Rule 16(b)(1), including disclosure of expert witnesses; and it is further

       ORDERED that on or before March 5, 2012, the parties shall exchange a draft Joint Pretrial Order, and the government shall provide defendants with an exhibit binder and exhibit tables as called for by my Individual Practices; and it is further

       ORDERED that on or before March 12, 2012 the parties shall file all fully briefed motions in limine and submit courtesy copies to Chambers; and it is further

ORDERED that a pretrial conference will be held on March 14, 2012 at 10:00 A.M. to discuss any remaining open items; and it is further

ORDERED that on or before March 19, 2012 the parties shall submit to the Court the remaining pretrial submissions as required by my Individual Practices, including the joint pretrial order, exhibit binders, exhibit tables with objections and responses thereto, proposed requests to charge, proposed voir dire questions, proposed verdict sheets, and optional joint pretrial memoranda; and it is further

ORDERED that trial shall commence on April 9, 2012.

SO ORDERED.

New York, New York
January 5, 2012

HAROLD BAER, JR.
**United States District Judge**

2