```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
  :
UNITED STATES OF AMERICA  :
  :
       - v -  :         10 CR. 654 (HB)
  :
DOMINICK P. CAROLLO,  :         ORDER
STEVEN E. GOLDBERG, and  :
PETER S. GRIMM,  :
  :
                    Defendants.  :
  :
------------------------------------------------------------x

**Hon. HAROLD BAER, JR., District Judge:**

   WHEREAS on October 11, 2011 third party movants Martin J. Stallone, David Eckhart, and Investment Management Advisory Group, Inc. filed a motion for a protective order and evidentiary hearing regarding attorney-client privilege issues; and

   WHEREAS on October 24, 2011 the government filed a motion for release of *Brady* materials; and

   WHEREAS on November 7, 2011 with the Court's permission an unnamed third party represented by Brune & Richard, LLP responded to the government's motion; and

   WHEREAS oral argument took place on December 2, 2011; and

   WHEREAS on December 16, 2011 the government submitted a letter notifying the Court that it reached agreement with counsel for all third party movants resolving the *Brady* and privilege concerns; it is hereby

   ORDERED that motions filed on October 11, 2011 and October 24, 2011 are hereby denied as moot, and the Clerk of Court is instructed to close these motions (Dkt. 63 and Dkt. 70).

                              SO ORDERED.

**New York, New York**
**January 9, 2012**

                              _____
                              **HAROLD BAER, JR.**
                              **United States District Judge**