Richard L. Scheff (RS 1206)
MONTGOMERY, MCCRACKEN,
　WALKER & RHOADS, LLP
437 Madison Ave., 29th Floor
New York, NY 10022
Telephone: (212) 201-1931
Fax: (212) 201-1939

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/12
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA | S1 10-CR-654 (HB) |
| v. | |
| DOMINIC P. CAROLLO, et al. | **ORDER FOR ADMISSION** *PRO HAC VICE* **ON WRITTEN MOTION** |
| Defendants. | |

Upon the Motion to Admit Fred F. Fielding *Pro Hac Vice* in the above-captioned action, submitted by sponsor Richard L. Scheff along with an affidavit in support thereof and certificate of good standing from the District of Columbia, it is HEREBY ORDERED that:

Fred F. Fielding
Morgan, Lewis, & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Fax: (202) 739-3001
ffielding@morganlewis.com

is admitted to practice *pro hac vice* as counsel for Movants Investment Management Advisory Group, Inc., David Eckhart, and Martin J. Stallone in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case filing system, counsel will immediately apply for an ECF password at nysd.uscourts.gov.

-2-

Counsel will immediately forward the *pro hac vice* fee to the Clerk of the Court.

Dated: ~~December ___, 2011~~ January 9, 2012
      New York, New York

                                                                                _____
                                                                                United States District/Magistrate Judge

The clerk is instructed to close this motion & remove it from my docket