**MEMO ENDORSED**

U.S. Department of Justice

Antitrust Division

New York Field Office

26 Federal Plaza
Room 3630
New York, New York 10278-0004                    FAX 212/335-8023

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/12

February 17, 2012

HAND DELIVERY

The Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, N.Y. 10007

Re: United States v. Carollo, et al., 10-CR-654 (HB)

United States v. Ghavami, et al., 10-CR-1217 (KMW)

Dear Judges Baer and Wood:

The Government respectfully requests that the Government be permitted until March 1, 2012 to file its Reply Memorandum in support of its Application for an Order Resolving Claims of Attorney-Client Privilege or Attorney Work Product as to Consensual Recordings in the referenced matters.

] Granted.
KMW

Respectfully submitted,

/s/ Charles V. Reilly
CHARLES V. REILLY
Trial Attorney
Antitrust Division

cc: All Privilege Claimants
    All defense counsel in the referenced cases
    (by email)

The Government's Reply (a single reply) must be limited to 20 pages.

SO ORDERED, N.Y., N.Y.  Feb. 21, 2012

_____
KIMBA M. WOOD
U.S.D.J.

on behalf of both Judge Baer and Judge Wood