

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | SAN FRANCISCO |
| BRUSSELS | 7 Times Square | SHANGHAI |
| CENTURY CITY | New York, New York 10036 | SILICON VALLEY |
| HONG KONG | TELEPHONE (212) 326-2000 | SINGAPORE |
| LONDON | FACSIMILE (212) 326-2061 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |
| NEWPORT BEACH | | |

OUR FILE NUMBER
336915-02

February 27, 2012

WRITER'S DIRECT DIAL
(212) 326-2116

**VIA FACSIMILE *(212) 805-7901*** 

Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
Room 2230
New York, New York 10007

WRITER'S E-MAIL ADDRESS
hheiss@omm.com

Re: *United States v. Carollo, et al., 10-CR-654 (HB)*

Dear Judge Baer:

Pursuant to the Court's Order and Federal Rule of Criminal Procedure 49.1, we write to request Your Honor's permission to file under seal three memoranda of law in support of Defendants' motions *in limine* and the Declaration of Mark A. Racanelli in support of the same. The memoranda and Declaration contain information that is confidential and subject to the Protective Order endorsed by the Court on August 19, 2010, and the Supplemental Protective Order endorsed by the Court on December 6, 2010. We therefore respectfully request leave to file the aforementioned documents under seal.

Respectfully submitted,

Howard E. Heiss
of O'MELVENY & MYERS LLP

SO ORDERED:
Harold Baer, U.S.D.J.
Date: 3/1/12

cc: Counsel of Record (via email)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/12