# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
### ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

WALTER F. TIMPONE
Direct dial: (973) 425-8701
wtimpone@mdmc-law.com

February 27, 2012

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/12

**Via Facsimile – (212) 805-7901**

Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
Room 2230
New York, New York 10007

Re:   United States v. Carollo, et al.
      **10-CR-654 (HB)**

Dear Judge Baer:

Pursuant to the Court's Order and Federal Rule of Criminal Procedure 49.1, we write to request Your Honor's permission to file under seal two memoranda of law in support of Defendant Carollo's motions in limine and two declarations of Walter F. Timpone in support of the same. The memoranda and Declarations contain information that is confidential and subject to the Protective Order endorsed by the Court on December 6, 2010. We, therefore, respectfully request leave to file the aforementioned documents under seal.

Respectfully submitted,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

Walter F. Timpone

WFT/dms
cc:   All Counsel of Record (via email)

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 3/1/12

NEW JERSEY   NEW YORK   PENNSYLVANIA   CONNECTICUT   MASSACHUSETTS   COLORADO   DELAWARE