UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                          S1 10 Cr. 654 (HB)

DOMINICK P. CAROLLO,
STEVEN E. GOLDBERG,
PETER S. GRIMM,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/12

## ORDER

IT IS HEREBY ORDERED that the Clerk of the Court shall accept for filing, under seal, the enclosed Memorandum of Law, Motion and supporting documents submitted by the Government in the above-captioned matter pursuant to the confidential nature of the disclosures therein.

SO ORDERED THIS 1st day of March 2012.

_____
THE HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE