# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
## ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

WALTER F. TIMPONE
Direct dial: (973) 425-8701
wftimpone@mdmc-law.com

February 27, 2012

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/12
```

**Via Facsimile – (212) 805-7901**

Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
Room 2230
New York, New York 10007

Re: **United States v. Carollo, et al.
10-CR-654 (HB)**

Dear Judge Baer:

Pursuant to my office's conversation with the Quality Control Clerk, we write to inform the Court that we inadvertently filed our Memorandum of Law in Support of our Motion in Limine to Sever the Trial Counts One, Two and Three from The Trial of Counts Five and Six contrary to our request embodied in our letter to Your Honor of today's date requesting permission to file same under seal. The Quality Control Clerk has placed a temporary block on the filing and we respectfully request that Your Honor endorse this correspondence and direct the Quality Control Clerk to permanently block access to docket entry #158 containing this erroneous filing.

Please accept our sincerest apologies for any inconvenience we may have caused the Court.

3/5/12 So Ordered
Harold Baer
USDJ

Respectfully submitted,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

Walter F. Timpone

WFT/dms
cc: All Counsel of Record (via email)