UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DOMINICK P. CAROLLO,
STEVEN E. GOLDBERG,
PETER S. GRIMM,

      Defendants.
------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/12
```

S1 10 Cr. 654 (HB)

## ORDER

IT IS HEREBY ORDERED that the Clerk of the Court shall accept for filing, under seal, the enclosed Omnibus Response in Opposition to Defendants' Motions *in Limine* to Exclude Certain Recordings Pursuant to Rules 401 and 403, the Government's Opposition to Defendants' Motion to Limit Government's Introduction of Evidence of Uncharged Acts on Rule 404(b) Grounds, and Government's Opposition to Defendant Steven E. Goldberg's Motion to Preclude the Government from Arguing that Certain Statements Were Misrepresentations, submitted by the Government in the above-captioned matter pursuant to the confidential nature of the disclosures therein.

SO ORDERED THIS 14 day of March, 2012.

_____
HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE