

Antonia R. Hill
Trial Attorney

Direct Dial: 215-597-1058
E-mail: antonia.hill@usdoj.gov

**U.S. Department of Justice**

Antitrust Division

*New York Field Office*

26 Federal Plaza
Room 3630
New York, New York 10278-0140

212/335-8000

FAX 212/335-8023

February 21, 2012

BY E-MAIL

Walter F. Timpone, Esq.
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mt. Kemble Avenue
Morristown, NJ 07962

John S. Siffert, Esq.
Lankler Siffert & Wohl LLP
500 Fifth Avenue, 33rd Floor
New York, NY 10110

Howard E. Heiss, Esq.
O'Melveny & Myers LLP
Time Square Tower
7 Times Square
New York, NY 10036

    Re:   *U.S. v. Carollo, et al.*, 10-Cr-654 (HB)
           Additions to Witness List

Dear Counsel:

    Please be advised that the witness list provided by the Government on December 19, 2011 has been amended to include the following witnesses: Zevi (Stewart) Wolmark and Evan Zarefsky. We expect to be able to begin to provide 3500 and *Giglio* materials by Thursday evening. Additionally, this may result in some changes or additions to the featured deals and audio files. We will advise you of these changes as soon as practicable.

    As always, please do not hesitate to contact us should you have any questions regarding the information provided above or this matter.

Sincerely,

ANTONIA R. HILL
Trial Attorney
Antitrust Division

cc: Counsel of Record (via e-mail)

SO ORDERED
Harold Baer, Jr., U.S.D.J.
Date: 3/16/12

Endorsement:

    Having reviewed the position of the parties on the issue of the redacted portions of the material turned over by the government I agree with the government that the redactions are appropriate. Let me also take this opportunity to put in writing that I will permit the government to elicit testimony at trial from Messrs. Wolmark and Zarefsky, the two late starters with respect to whom the government produced the above referred to redacted material to which the defense objected.