USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

DOMINICK P. CAROLLO,
STEVEN E. GOLDBERG, and
PETER S. GRIMM,

               Defendants.
------------------------------------------------------------x

10 CR 654 (HB)

ORDER

**Hon. HAROLD BAER, JR., United States District Judge:**

    WHEREAS on January 19, 2012, the United States filed an Application for an Order resolving claims by third-parties of attorney-client privilege and attorney work product with respect to certain consensual recordings; and

    WHEREAS on March 15, 2012, the United States filed a second Application for an Order to disclose to defendants portions of interview memoranda that are claimed by third-parties to be attorney-client privileged or work product; and

    WHEREAS third-party Privileged Claimants 6, 7, and 8 have requested leave to file briefs in opposition to the second Application; it is hereby

    ORDERED that Privilege Claimants 6, 7, and 8 are granted leave to file under seal briefs in opposition to the second Application by no later than April 6th, 2012; and it is further

    ORDERED that these matters shall be referred to Judge Francis.

SO ORDERED.

March 30, 2012
New York, New York

_____
U.S.D.J.

1