# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

Richard L. Scheff
Chairman
Admitted in: Pennsylvania,
Massachusetts & New York

437 Madison Avenue
29th Floor
New York, NY 10022
Tel: 212-201-1931

Direct Dial:  212-551-7785
Fax:  212-201-1939
Email:  rscheff@mmwr.com

RECEIVED MAR 09 2012
U.S. DISTRICT JUDGE BAER S.D.N.Y.

March 8, 2012

**VIA HAND DELIVERY**

The Honorable Harold Baer, Jr.
U.S. District Court for the
 Southern District of New York
United States Courthouse
500 Pearl Street, Suite 2230
New York, NY 10007-1312

The Honorable Kimba M. Wood
U.S. District Court for the
 Southern District of New York
United States Courthouse
500 Pearl Street, Suite 1901
New York, NY 10007-1312

Re:   **U.S. v. Carollo, et al., No. 10 Cr. 654 (HB)**
      **U.S. v. Ghavami, et al., No. 10 Cr. 1217 (KMW)**

Dear Judges Baer and Wood:

For the reasons set forth in the attached letter, which Third-Party Movants Investment Management Advisory Group, Inc. ("IMAGE"), David Eckhart, and Martin J. Stallone (collectively, "the IMAGE Movants") request not be entered on the docket, the IMAGE Movants respectfully request leave to file a brief sur-reply to the Government's Application for an Order Resolving Claims of Attorney-Client Privilege or Attorney Work Product as to Consensual Recordings.

Respectfully submitted,

Richard L. Scheff, Esq.
Montgomery, McCracken, Walker & Rhoads, LLP

Christopher R. Hall, Esq.
Saul Ewing LLP

*Handwritten annotation:* Sur reply — 4 pages — copy sent to chambers will be allowed.

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 3/30/12

cc: All counsel of record in the above-captioned cases (via email)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/12

MONTGOMERY McCRACKEN WALKER & RHOADS LLP
PENNSYLVANIA • NEW YORK • NEW JERSEY • DELAWARE

A Pennsylvania Limited Liability Partnership
Louis A. Petroni, New Jersey Responsible Partner

Endorsement:

   Sur reply - 4 pages copy sent to Chambers will be allowed.