AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNITED STATES <br> *Plaintiff* <br> v. <br> DOMINICK CAROLLO, ET AL. <br> *Defendant* | ) ) ) ) ) Case No. 10 CR 654 (HB) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES

Date:   04/02/2012

*Attorney's signature*

WENDY H. WASZMER (WW5069)
*Printed name and bar number*

USDOJ - Antitrust Division
26 Federal Plaza - Room 3652
New York, New York 10278

*Address*

Wendy.Waszmer@usdoj.gov
*E-mail address*

(212) 335-8011
*Telephone number*

(212) 335-8021
*FAX number*