UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

United States                                                    Case No. 10 CR 654 (HB)
                              Plaintiff,

   -against-

Dominick Carollo, et al.
                              Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending              [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**WENDY H. WASZMER**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: WW5069     My State Bar Number is N/A (NYS BAR)

I am,
   [ ]  An attorney
   [✓]  A Government Agency attorney
   [ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: U.S. ATTORNEY'S OFFICE, SDNY
             FIRM ADDRESS: 86 CHAMBERS STREET, NEW YORK, NY
             FIRM TELEPHONE NUMBER: (212) 637-2729
             FIRM FAX NUMBER: (212) 637-2717

NEW FIRM:    FIRM NAME: USDOJ-ANTITRUST DIVISION
             FIRM ADDRESS: 26 FEDERAL PLAZA, ROOM 3630, NEW YORK, NY
             FIRM TELEPHONE NUMBER: (212) 335-8011
             FIRM FAX NUMBER: (212) 335-8021

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: April 2, 2012

                                        _____
                                        ATTORNEY'S SIGNATURE