UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/12
```

UNITED STATES OF AMERICA

v.

DOMINICK P. CAROLLO,
STEVEN E. GOLDBERG, and
PETER S. GRIMM,

Defendants.

S1-10-CR-654 (HB)

UNITED STATES OF AMERICA

v.

PETER GHAVAMI
(aka PETER GHAVAMILAHIDJI),
GARY HEINZ, and
MICHAEL WELTY,

Defendants.

1:10-CR-01217 (KMW)

## ~~PROPOSED~~ ORDER TO SEAL DOCUMENTS

THIS MATTER having been brought before the Court on Privilege Claimant 8's application for entry of an Order to File Under Seal briefs and declarations in opposition to the United States Application for an Order disclosing to the defendants portions of memoranda interview that are claimed by third parties to be attorney client privilege product, filed by the United States on March 15, 2012, and the Court having found that there are legitimate confidentially concerns which warrant the relief sought, and for good cause shown, it is on this 6TH, day of April 2012.

ORDERED that the application to seal is GRANTED. and it is

ORDERED that briefs and declarations in support thereof, are sealed.

*James C. Francis IV*
United States Magistrate Judge

Case 1:10-cr-00654-HB   Document 221   Filed 04/06/12   Page 2 of 2