```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DOMINICK P. CAROLLO,
STEVEN E. GOLDBERG, and
PETER S. GRIMM

    Defendants

S1 10 Cr. 654 (HB)

## ~~PROPOSED~~ ORDER

    I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide the parties in *United States v. Carollo* et al., S1 10 Cr. 654 (HB), with Internet connectivity and Remote Real Time Transcript feeds for the duration of the proceedings, set to begin on Monday, April 16, 2012. Courtroom Connect can proceed to make arrangements with the District Executive Office of the Court and the official court reporter. The approved attorneys and parties on the case are allowed to bring in the necessary electronic computing devices to connect to the Courtroom Connect service. *This order is permitted to be made in accordance with the Rules as the Bd of Judges of the SDNY.*

**SO ORDERED**

**SIGNED** on this __10__ day of April, 2012.

                   __/s/ Harold Baer__
                   HAROLD BAER, JR.
                   UNITED STATES DISTRICT JUDGE