```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -V-

DOMINICK P. CAROLLO,
STEVEN E. GOLDBERG, and
PETER S. GRIMM,
                      Defendants.
-----------------------------------------------------------X

10 CR 654 (HB)
ORDER

Hon. HAROLD BER, JR., District Judge:

WHEREAS, the defendants seek an Order that requires the Government to comply with its constitutional obligations to disclose to the defendants certain material; and

WHEREAS, both sides have explained in some detail either their problems in obtaining certain materials or with respect to the Government how they have complied and will in the future comply with any continuing obligations with respect to providing material to the defendants; and

WHEREAS, I have reviewed those letters and conclude that while the sought for order may avoid further time spent throughout the trial with respect to said material and with the understanding that the Order is in no way critical of the production made thus far by the Government as outlined in its April 5, 2012 letter; it is hereby

ORDERED: that all information known to the Government that is material to the guilt or punishment of the defendants and is required pursuant to Supreme Court precedents and all impeachment material as required by Supreme Court precedents must be disclosed to the defendants and must be disclosed wherever possible in time for its effective use at trial by the defendants.

SO ORDERED:

Dated: New York, New York
April 10, 2012

                                                 HAROLD BAER, JR., U.S.D.J.