

**MEMO ENDORSED**

U.S. Department of Justice

Antitrust Division

---

New York Field Office

26 Federal Plaza                               212/335-8039
Room 3630
New York, New York 10278-0004        FAX 212/335-8023

April 12, 2012

HAND DELIVERY

The Honorable James C. Francis
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/12
```

　　　　Re:　　United States v. Carollo, et al., 10-CR-654 (HB)

Dear Judge Francis:

　　　　The Government respectfully submits that based on representations made by the defendants in the referenced matter in letters addressed to the Government dated April 11, 2012 with respect to claims of privilege asserted by Privilege Claimants 1,2,3,4,5,6, and 8, and concerning materials subject to Applications filed by the United States as set forth in Docket Entry No. 118 and No. 200, the Government withdraws such Applications submitted in the referenced matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Charles V. Reilly*

　　　　　　　　　　　　　　　　　　CHARLES V. REILLY
　　　　　　　　　　　　　　　　　　LAURA HEISER
　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　Antitrust Division

cc:　　Honorable Harold Baer, Jr. (Hand Delivery)
　　　　All Privilege Claimants (by email)
　　　　All defense counsel in *Carollo* (by email)

4/12/12
SO ORDERED.
James C. Francis IV
USMJ