McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
Attorneys for Defendant, Dominick P. Carollo

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br>DOMINICK P. CAROLLO, STEVEN E. GOLDBERG, and PETER S. GRIMM,<br><br>                    Defendants. | NO.: 10-cr-654 (HB)<br><br>(ECF Matter)<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Michael B. Devins, Esq. of McElroy, Deutsch, Mulvaney & Carpenter, LLP as counsel for defendant Dominick P. Carollo in the above-captioned case.

Dated: April 13, 2012

                              Respectfully submitted,

                              McElroy, Deutsch, Mulvaney & Carpenter, LLP

              By:     /s/Michael B. Devins
                              Michael B. Devins, Esq.
                              McElroy, Deutsch, Mulvaney & Carpenter, LLP
                              1300 Mt. Kemble Avenue
                              P. O. Box 2075
                              Morristown, New Jersey  07962-2075
                              973.993.8100
                              mdevins@mdmc-law.com