| | |
|---|---|
| | **U.S. Department of Justice** |
| | Antitrust Division |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/12

**Antonia R. Hill**
*Trial Attorney*

New York Field Office

NY Dial: 212/335-8048
PHI Dial: 215/597-1058
E-mail: Antonia.Hill@usdoj.gov

26 Federal Plaza
Room 3630
New York, New York 10278

212/335-8000
Fax 212/335-8023

June 5, 2012

**VIA FACSIMILE**

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Carollo, et al.*, 10 Cr. 654 (HB) (S.D.N.Y)
<u>Joint Request of Parties for Amended Post-trial Scheduling Order</u>

Dear Judge Baer:

The Government respectfully writes to the Court on behalf of all parties to request an amendment to the Scheduling Order issued by the Court for post-trial motions, and setting dates for the Government's responses in opposition, and Defendants' reply briefs. The current due date for Defendants' motions is July 10, 2012.

The parties jointly request that the Court impose the following schedule:

1. Defendants shall serve all post-trial motions no later than July 13, 2012;
2. The Government's responses in opposition shall be served no later than August 27, 2012; and
3. Defendants' reply briefs shall be served no later than September __, 2012.

The current date the Court has set for sentencing is October 11, 2012. The Government is prepared to provide any additional information should the Court so direct.

Respectfully submitted,

ANTONIA R. HILL
Trial Attorney
Antitrust Division

cc: Defense counsel (via e-mail)

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 6/11/12

[Handwritten annotations by Judge:] I apparently misunderstood the request — the wicked motions on which I don't get a full on — but I will allow them some additional time. There is no doubt a total divide — I wish this information were on the table. If the 13 will be the end of 60 pages and 40 days for reply.

Not till I don't tell I don't (nearly) suggest. Not on the trial ... limit. On my answering.

Endorsement:

    I apparently misunderstood the request - my thought was that fully briefed motions would be on my desk on July 10 but I reviewed the transcript and while I don't believe such a long time is necessary I can see it was probably what was sought and I will allow the timetable you suggest. There is some room for page limits and thus defendants will have a total of 60 pages and can divide it up as they wish and the government a total of 40 pages - this includes moving papers, answering papers and reply.