UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DOMINICK P. CAROLLO, STEVEN E. GOLDBERG, and PETER S. GRIMM,<br><br>Defendants. | 10-CR-0654 (HB)<br><br>WITHDRAWAL OF APPEARANCE<br><br>(Filed Electronically) |

      Kindly withdraw my appearance on behalf of David Eckhart and Investment Management Advisory Group in the above-captioned matter. I am no longer affiliated with Saul Ewing LLP and am no longer involved in the representation of Mr. Eckhart and IMAGE. Christopher Hall, Esq. and Jennifer Beidel., Esq., of Saul Ewing LLP, have been admitted pro hac vice in this matter and remain counsel for Mr. Eckhart and IMAGE. Mr. Eckhart and IMAGE are aware of and consent to my withdrawal as counsel of record.

Dated: June 14, 2012

                                                  Respectfully submitted,

                                                  /s/ Abigail Lauer
                                                Abigail Lauer, Esq.
                                                SDNY Bar:  AL-8968

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DOMINICK P. CAROLLO, STEVEN E. GOLDBERG, and PETER S. GRIMM,<br><br>                   Defendants. | 10-CR-0654 (HB)<br><br>PROOF OF SERVICE |

I, Abigail Lauer, Esq., hereby certify that on June 14, 2012, I caused the within Withdrawal of Appearance to be served upon the following counsel of record via the Court's e-filing system:

Walter F. Timpone
Walter R. Krzastek, Jr.
McElroy Deutsch & Mulvaney
1300 Mt. Kemble Avenue
P. O. Box 2075
Morristown, NJ 07962
*Attorneys for Defendant Dominick P. Carollo*

Daniel M. Gitner
John Sand Siffert
Lankler Siffert & Wohl LLP
500 Fifth Avenue
New York, NY 1011
*Attorneys for Defendant Steven E. Goldberg*

Howard E. Heiss
Mark A. Racanelli
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036
*Attorneys for Defendant Peter S. Grimm*

Richard L. Scheff
Alfred J. Kuffler
Montgomery McCracken, Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA  19109
*Attorneys for Martin Stallone*

Antonia Roach Hill
Joseph Muoio
Laura Heiser
U.S. Department of Justice
Antitrust Division
170 S. Independence Mall West, Suite 650
Curtis Center
Philadelphia, PA  19106
*Attorneys for United States*

Kevin B. Hart
Steven Tugander
Charles V. Reilly
U.S. Department of Justice
Antitrust Division
26 Federal Plaza, Room 3630
New York, NY  10278
*Attorneys for United States*

/s/ Abigail Lauer
ABIGAIL LAUER