# McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
### ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

**WALTER F. TIMPONE**
Direct dial: (973) 425-8701
wtimpone@mdmc-law.com

June 29, 2012



JUN 29 2012
HAROLD BAER
DISTRICT JUDGE
S.D.N.Y.

**Via Facsimile and FedEx**

Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-2-12

Re: *United States v. Carollo, et al*, 10 Cr. 654 (HB)

Dear Judge Baer:

We write on behalf of Dominick Carollo requesting permission to alter his pretrial reporting obligations from monthly in-person meetings to weekly reporting by telephone. Mr. Carollo resides in New Jersey. This accommodation would permit him to avoid travel to Trenton or Manhattan for a brief meeting with Pretrial Services.

We have spoken with Thomas Marino, Mr. Carollo's Pretrial officer. He supports this application for court-ordered reporting by telephone. The government similarly has no objection.

Your consideration of this appreciation is greatly appreciated.

Respectfully submitted,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

Walter F. Timpone

WFT/dms
cc: All Counsel of Record ... via email
    Thomas Marino, PSO ... via email

With no objections, it's okay with me to report by telephone every other month, and each intervening month he will report in person.

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 7/1/12

NEW JERSEY    NEW YORK    PENNSYLVANIA    CONNECTICUT    MASSACHUSETTS    COLORADO    DELAWARE