**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>DOMINICK P. CAROLLO, STEVEN E. GOLDBERG, and PETER S. GRIMM,<br><br>Defendants. | S1 10-CR-654 (H.B.)<br><br>**NOTICE OF DEFENDANTS' JOINT MOTION FOR JUDGMENT OF ACQUITTAL**<br><br><u>**ORAL ARGUMENT REQUESTED**</u> |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Joint Motion for Judgment of Acquittal, the defendants, Dominick P. Carollo, Steven E. Goldberg, and Peter S. Grimm, will move this Court, before the Honorable Harold Baer, Jr., United States District Judge for the Southern District of New York, on a date and at a time to be determined by the Court, for a judgment of acquittal.

PLEASE TAKE FURTHER NOTICE that papers in opposition must be served on or before August 27, 2012.

Dated: July 13, 2012
New York, New York

Respectfully submitted:

Howard E. Heiss
Mark A. Racanelli
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
*Attorneys for Defendant Peter S. Grimm*

John S. Siffert
Daniel M. Gitner
LANKLER SIFFERT & WOHL LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 921-8339
*Attorneys for Defendant Steven E. Goldberg*

Walter F. Timpone
MCELROY, DEUTSCH, MULVANEY &
CARPENTER LLP
1300 Mt. Kemble Ave.
Morristown, NJ 07962
Telephone: (973) 993-8100
*Attorneys for Defendant Dominick P. Carollo*

## CERTIFICATE OF SERVICE

I, Anton Metlitsky, hereby certify that a true and correct copy of the foregoing was served on the following this 13th day of July, 2012, by the Court's ECF system and by email:

| | |
|---|---|
| Antonia Hill, Esq.<br>**U.S. DEPARTMENT OF JUSTICE,**<br>**ANTITRUST DIVISION**<br>26 Federal Plaza, Room 3630<br>New York, New York 10278 | Steven Tugander, Esq.<br>**U.S. DEPARTMENT OF JUSTICE,**<br>**ANTITRUST DIVISION**<br>26 Federal Plaza, Room 3630<br>New York, New York 10278 |
| Kevin B. Hart, Esq.<br>**U.S. DEPARTMENT OF JUSTICE,**<br>**ANTITRUST DIVISION**<br>26 Federal Plaza, Room 3630<br>New York, New York 10278 | Wendy Wei-Wenne Huang Waszmer<br>**U.S. ATTORNEY'S OFFICE,**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>26 Federal Plaza, Room 3630<br>New York, New York 10278 |

Anton Metlitsky