UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOMINICK P. CAROLLO,<br>STEVEN E. GOLDBERG, and<br>PETER S. GRIMM,<br><br>Defendants. | S1 10-CR-654 (HB)<br><br>**NOTICE OF DEFENDANT CAROLLO'S MOTION FOR JUDGMENT OF ACQUITTAL** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Carollo's Motion for a Judgment of Acquittal, Defendant Dominick P. Carollo will move this Court before the Honorable Harold Baer, Jr., on such day and such time designated by the Court, for a Judgment of Acquittal, and for such other relief as the Court deems appropriate.

PLEASE TAKE FURTHER NOTICE that papers in opposition must be served on or before August 27, 2012.

Respectfully submitted,

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP

By: /s/ Walter F. Timpone
Walter F. Timpone
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
(973) 993-8100
*Attorneys for Defendant Dominick Carollo*

Dated: July 13, 2012

1802653-1

TO:   Clerk of the Court
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York 10007
      (By ECF)

      Honorable Harold Baer, Jr.
      United States District Judge
      Southern District of New York
      500 Pearl Street, Chambers 2230
      New York, New York 10007-1312
      (Courtesy Copy via Federal Express)

      Antonia Hill, Esq.
      Steven Tugander, Esq.
      Kevin B. Hart, Esq.
      Joseph Muio, Esq.
      *Attorneys*
      U.S. Department of Justice, Antitrust Division
      26 Federal Plaza, Room 3630
      New York, New York 10278
      (By ECF)

      Howard E. Heiss, Esq.
      O'Melveny & Myers, LLP
      7 Times Square
      New York, New York 10036
      (By ECF)

      John S. Siffert, Esq.
      Lankler Siffert & Wohl LLP
      500 Fifth Avenue, 33rd Floor
      New York, New York 10110-3398
      (By ECF)

1802653-1