

**U.S. Department of Justice**

Antitrust Division

---

Antonia R. Hill
Trial Attorney

Direct Dial: 215-597-1058 (PH)
212-335-8025 (NY)
E-mail: Antonia.Hill@usdoj.gov

*New York Field Office*

26 Federal Plaza
Room 3630
New York, New York 10278

212/335-8000
Fax 212/335-8023

July 30, 2012

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/12

<u>VIA FACSIMILE</u>

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Carollo, et al.*, 10 Cr. 654 (HB) (S.D.N.Y)
<u>Request for Trial Exhibits in *United States v. Carollo* by PublicSource</u>

Dear Judge Baer:

The Government respectfully writes to notify the Court that it has received a media request from PublicSource for copies of certain of the Government's trial exhibits from *United States v. Carollo*, and to seek the Court's approval before disclosing these materials. The Government notes that these materials became part of the public record during the *Carollo* trial, which concluded on May 11, 2012.

The Government exhibits from the *Carollo* trial requested by PublicSource include audio recordings and documents that were admitted into evidence in that case: G-4-1 through G-4-7; G-40616, G-40662 and G-40671, which relate to the Port Authority of Allegheny County. While these exhibits are subject to the protective order entered by the Court before trial, the recordings were played to the jury, and the documents were displayed on a large screen in open court during the trial. PublicSource also requested two exhibits introduced by Defendant Goldberg, SGX-40667 and SGX-40673. I have informed defense counsel of this request and of our intention to write this letter seeking authority to disclose the exhibits admitted by the Government.

Letter to Judge Baer
Request for Trial Exhibits in *United States v. Carollo* by PublicSource
July 30, 2012

    Accordingly, the Government respectfully seeks approval of the Court before making the disclosure of the exhibits admitted by the Government to PublicSource.

Respectfully submitted,

*Antonia Hill*

ANTONIA R. HILL
Trial Attorney
Antitrust Division

cc:    Counsel of Record (via email)

Granted on consent

SO ORDERED:

*Harold Baer*

Harold Baer, Jr., U.S.D.J.
Date: 8/1/12