

**U.S. Department of Justice**

Antitrust Division

---

Antonia R. Hill
Trial Attorney

NY Dial: 212/335-8048
PHI Dial: 215/597-1058
E-mail: antonia.hill@usdoj.gov

*New York Field Office*

26 Federal Plaza
Room 3630
New York, New York 10278

212/335-8000
Fax 212/335-8023

July 19, 2012

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/12
```

**VIA FACSIMILE**

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 2230
New York, New York 10007

Re: *United States v. Carollo, et al.*, 10 Cr. 654 (HB) (S.D.N.Y.)
    Defendants' Letter of July 17, 2012

Dear Judge Baer:

The Government writes in response to Defendants' letter of July 17, 2012 requesting that the Court unseal the sidebar discussion that took place on April 29, 2012 in the *United States v. Carollo, et al.*, 10 Cr. 654 (HB). The Government has no objection to the Court's unsealing of this transcript.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*Antonia Hill*

ANTONIA R. HILL
Trial Attorney
Antitrust Division

*granted on consent*

SO ORDERED:
*Harold Baer Jr., U.S.D.J.*
Date: 8/1/12

cc: Counsel of Record (via email)
    Scott Marrah, Esquire (via email)
    Adria Perez, Esquire (via email)