USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                  :

UNITED STATES OF AMERICA        :

                         :         **10 CR 654 (HB)**

     -against-            :

                         :         **ORDER**

**DOMINICK P. CAROLLO,**       :
**STEVEN E. GOLDBERG, and**   :
**PETER S. GRIMM,**          :

               **Defendants.**    :

------------------------------------------------------------x

**Hon. HAROLD BAER, JR., United States District Judge:**

     WHEREAS on August 1, 2012, I endorsed a letter from the government and granted the parties' request to unseal a sidebar discussion that took place during the trial in this case; and

     WHEREAS the letter erroneously stated that the discussion occurred on April 29, 2012, when the discussion actually occurred on April 27, 2012; it is hereby

     ORDERED that my Order of August 1, 2012, (ECF No. 252) is amended to properly refer to the sidebar discussion of April 27, 2012.

**SO ORDERED.**

Date: 8/17/12
New York, New York

                                  **HAROLD BAER, JR.**
                                  **United States District Judge**

1