

**U.S. Department of Justice**

Antitrust Division

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/12

*Antonia R. Hill*
*Trial Attorney*

Direct Dial: 215-597-1058 (PH)
212-335-8025 (NY)
E-mail: Antonia.Hill@usdoj.gov

*New York Field Office*

26 Federal Plaza
Room 3630
New York, New York 10278

212/335-8000
Fax 212/335-8023

August 10, 2012



RECEIVED
AUG 10 2012
HAROLD BAER
U.S DISTRICT JUDGE
S.D.N.Y.

**VIA FACSIMILE**
The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Carollo, et al.*, 10 Cr. 654 (HB) (S.D.N.Y)
     Requests for Trial Exhibits in *United States v. Carollo*

Dear Judge Baer:

The Government respectfully writes to notify the Court that it has received a request from Counsel to the Democratic Caucus of the Ohio House of Representatives for copies of the Government's trial exhibits from *United States v. Carollo*. The Government notes that these materials became part of the public record during the *Carollo* trial, which concluded on May 11, 2012.

Since the *Carollo* trial concluded, the Government has received several requests from the media, for which the Court has approved disclose of trial exhibits. The Government anticipates that it may receive additional requests in the coming weeks. The Government respectfully requests that the Court authorize it to provide copies of the Government exhibits to Counsel for the Democratic Caucus, and to individuals or entities making similar requests, including the media. The Government respectfully submits that this request is appropriate, given the public nature of the trial record.

By copy of this letter, we are notifying defense counsel of this request. The Government is prepared to provide any additional information should the Court so desire.

Respectfully submitted,

/s/ Antonia Hill
ANTONIA R. HILL
Trial Attorney
Antitrust Division

cc: Counsel of record (via email)

*[Handwritten annotation:]* 10 days have elapsed since the filing of this application — ORDERED: [signature] Harold Baer, Jr., U.S.D.J.  Date: 8/20/12

Endorsement:

    10 days having elapsed without objection this application is granted on consent.