UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -against- | 10 CR 654 (HB) |
| DOMINICK P. CAROLLO, STEVEN E. GOLDBERG, and PETER S. GRIMM, | ORDER |
| Defendants. | |

-----------------------------------------------------------------x

Hon. HAROLD BAER, JR., United States District Judge:

    WHEREAS the date for sentencing has been set for October 11, 2012; it is hereby

    ORDERED that the defendants shall file their presentence memoranda and supporting papers no later than October 1, 2012, and the government its memoranda no later than October 5, 2012.

SO ORDERED.

Date: 9/20/12
New York, New York

HAROLD BAER, JR.
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/12
```

1