# United States v. Carollo, et al., 10-CR-654 (H.B.) (S.D.N.Y)
## Government Sentencing Memorandum
## Appendix A - Loss Calculation Sums

| Row Labels | Sum of Broker Fees | Sum of Swap Fees | Sum of Lowered Bids[1] | Totals |
|---|---|---|---|---|
| I / CDR | $1,231,975.00 | $267,400.00 | $1,103,155.28 | **$2,602,530.28** |
| II / IMAGE | $1,579,929.59 | $206,191.00 | $562,520.38 | **$2,348,640.97** |
| IV / UBS | $647,196.00 | $1,350,000.00 | $373,010.31 | **$2,370,206.31** |
| V / CDR | $1,899,980.00 | $707,600.00 | $192,308.34 | **$2,799,888.34** |
| VI / IMAGE | $1,061,680.00 | $95,680.00 | $1,155,674.53 | **$2,313,034.53** |
| **Grand Total** | **$6,420,760.59** | **$2,626,871.00** | **$3,386,668.84** | **$12,434,300.43** |

| | Sum of Broker Fees | Sum of Swap Fees | Sum of Lowered Bids | Totals |
|---|---|---|---|---|
| Carollo | $2,811,904.59 | $473,591.00 | $1,665,675.66 | **$4,951,171.25** |
| Goldberg | $5,773,564.59 | $1,276,871.00 | $3,013,658.53 | **$10,064,094.12** |
| Grimm | $3,459,100.59 | $1,823,591.00 | $2,038,685.97 | **$7,321,377.56** |

---

[1] Lowered Bids a.k.a. "Don't Leave Money on the Table"