UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------- X

UNITED STATES OF AMERICA  :

v.  10-CR-654 (H.B.)

:

DOMINICK P. CAROLLO,  :
STEVEN E. GOLDBERG, and
PETER S. GRIMM,  :

        Defendants.

:

---------------------------------------------------- X

## CERTIFICATE OF SERVICE

    I, Steven Tugander, hereby certify that a true and correct copy of the Government's Sentencing Memorandum was served on all parties of record by electronic mail, on the following counsel, this 15th day of October, 2012.

| Howard E. Heiss<br>Mark A. Racanelli<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, New York 10036 | John S. Siffert<br>Daniel M. Gitner<br>LANKLER SIFFERT &<br>WOHL LLP<br>500 Fifth Avenue<br>New York, New York 10110 | Walter F. Timpone<br>MCELROY, DEUTSCH,<br>MULVANEY & CARPENTER<br>LLP<br>1300 Mt. Kemble Avenue<br>Morristown, New Jersey 07962 |
|---|---|---|

_/s/ Steven Tugander_
STEVEN TUGANDER