USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA                :
                                         :       10 CR 654 (HB)
        -against-                        :
                                         :       MINUTE ORDER
DOMINICK P. CAROLLO,                     :
STEVEN E. GOLDBERG, and                  :
PETER S. GRIMM,                          :
                                         :
                    Defendants.          :
------------------------------------------------------------x


**Hon. HAROLD BAER, JR., United States District Judge:**

      Whereas the defendants jointly (ECF No. 247) and defendant Carollo individually (ECF No. 249) moved for acquittal and I denied the motions from the bench on October 18, 2012, the Clerk of Court is instructed to close the motions.


**SO ORDERED.**

Date: 10/25/12
New York, New York

HAROLD BAER, JR.
United States District Judge

1