Criminal Notice of Appeal - Form A

## NOTICE OF APPEAL

United States District Court

SOUTHERN District of NEW YORK

U.S. DISTRICT COURT
FILE
OCT 26 2012
D.S.
S.D. OF N.Y.

Caption:
United States of America v.

Carollo, et al.

Docket No.: S1 10-CR-654
Hon. Harold Bae Jr.
(District Court Judge)

Notice is hereby given that __Dominick P. Carollo__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓ , other ☐ _____ (specify)
entered in this action on __October 25, 2012__ .
(date)

This appeal concerns: Conviction only ☐  Sentence only ☐  Conviction & Sentence ✓  Other ___
Defendant found guilty by plea ☐ | trial ✓ | N/A ☐
Offense occurred after November 1, 1987? Yes ✓  No ☐  N/A ☐
Date of sentence: __October 18, 2012__  N/A ☐
Bail/Jail Disposition: Committed ✓  Not committed ☐  N/A ☐

Voluntary surrender on November 26, 2012.

Appellant is represented by counsel? Yes ✓ | No ☐  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Walter F. Timpone, Esq. and James R. Smart, Esq. |
| Counsel's Address: | McElroy, Deutsch, Mulvaney & Carpenter, LLP |
| | 1300 Mt. Kemble Ave., P.O. Box 2075, Morristown, NJ 07962 |
| Counsel's Phone: | (973) 993-8100 |
| Assistant U.S. Attorney: | Antonia R. Hill |
| AUSA's Address: | Antitrust Division-Department of Justice |
| | 26 Federal Plaza, Room 3630, New York, NY 10278 |
| AUSA's Phone: | (212) 335-8000 |

_____
Signature