CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States of America v. Carollo, et al. (Goldberg)

**DOCKET NUMBER:** S1 10-CR-654 (HB) (Appellate Docket No. 12-4371)

**COUNSEL'S NAME:** John S. Siffert

**COUNSEL'S ADDRESS:** Lankler Siffert & Wohl LLP
500 Fifth Ave. 33rd Floor, New York, NY 10110

**COUNSEL'S PHONE:** 212-921-8399

### QUESTIONNAIRE

[✓] I am ordering a transcript.
[ ] I am not ordering a transcript.   Reason: [ ] Daily copy available   [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

[✓] Pre-trial proceedings: Please see attachment.
    (Description & Dates)

[✓] Trial: April 16, 2012 to May 11, 2012
    (Description & Dates)

[✓] Sentencing: October 18, 2012
    (Description & Dates)

[ ] Post-trial proceedings: _____
    (Description & Dates)

I, John S. Siffert, hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [✓] Funds   [ ] CJA Form 24

_____                    November 9, 2012
Counsel's Signature                       Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____                    _____
Court Reporter's Signature               Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.

*United States v. Carollo, et al. (Goldberg)*
S1 10-CR-654 (HB) (Appellate docket No. 12-4371)

<u>**Attachment to "Criminal Appeal Transcript Information - Form B"**</u>

Submitted on Behalf of Appellant Steven E. Goldberg

**Dates of Requested Pre-Trial Proceedings Transcripts:**

- July 30, 2010
- August 4, 2010
- November 29, 2010
- December 16, 2010
- April 7, 2011
- May 19, 2011
- June 16, 2011
- August 9, 2011
- September 27, 2011
- December 2, 2011
- December 20, 2011
- January 4, 2012
- March 7, 2012
- March 14, 2012
- March 20, 2012
- April 2, 2012
- April 12, 2012