## CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States of America v. Carollo, et al.

**DOCKET NUMBER:** S1 10-CR654 (HB); (Second Circuit:12-4310(L), 12-4365)

**COUNSEL'S NAME:** Walter F. Timpone, Esq. and James R. Smart, Esq.

**COUNSEL'S ADDRESS:** McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mt. Kemble Ave., Morristown, NJ 07962

**COUNSEL'S PHONE:** (973) 993-8100

### QUESTIONNAIRE

[ ] I am ordering a transcript.

[X] I am not ordering a transcript.   Reason: [X] Daily copy available   [ ] U.S. Atty. placed order
[X] Other (attach explanation) [See attached]

### TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: _____
    (Description & Dates)

[ ] Trial: _____
    (Description & Dates)

[ ] Sentencing: _____
    (Description & Dates)

[ ] Post-trial proceedings: _____
    (Description & Dates)

I, _____ (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds   [ ] CJA Form 24

_____          11/9/2012
Counsel's Signature                       Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____       Estimated Number of Pages: _____

Estimated completion date: _____

_____          _____
Court Reporter's Signature               Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.

*United States v. Carollo, et al.*
S1 10-cr-654 (HB); (Second Circuit: 12-4310 (L), 12-4365)

## Attachment to "Criminal Appeal Transcript Information - Form B"

Submitted on Behalf of Appellant Dominick P. Carollo

### Explanation For Not Ordering A Transcript:

We have already ordered and received daily copies of the trial transcripts. The trial transcripts for sentencing and the relevant pretrial proceedings have been ordered by co-defendants Grimm and Goldberg.

1

KLW/34446/2/1116954v1
11/09/12-HRT/KLW