# McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
### ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

**WALTER F. TIMPONE**
Direct dial: (973) 425-8701
wtimpone@mdmc-law.com

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 11-21-12 |

November 20, 2012

*Via Fax*
Hon. Harold Baer, Jr.
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 1007

Dear Judge Baer:

    Re:  *United States v. Dominick Carollo*
         *Docket No. 1:S1 10 CR 00654-001 (HB)*

Dear Judge Baer:

    I am writing to request a postponement of Dominick Carollo's surrender date so he can have necessary surgery before his imprisonment. Mr. Carollo is scheduled to report to the Federal Prison Camp at Pensacola on Monday, November 26, 2012 to begin serving his 36 months sentence.

    Last week, Mr. Carollo began experiencing symptoms of painful and bloody urination. He consulted with his family doctor, who referred him to Ephraim Olweny, M.D., Assistant Professor of Urology and Surgery at Robert Wood Johnson Medical School. Dr. Olweny diagnosed Mr. Carollo as suffering from "significant benign prostatic hypertrophy resulting in considerable bladder outlet obstruction" and "a 2 cm speculated bladder stone." Dr. Olweny recommends that Mr. Carollo undergo surgery without which he could develop acute urinary retention, a urologic emergency that would require emergent urethral catheterization. (See attached letter from Dr. Olweny.)

NEW JERSEY    NEW YORK    PENNSYLVANIA    CONNECTICUT    MASSACHUSETTS    COLORADO    DELAWARE

# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Page 2

Dr. Olwneny's predicts recovery from the surgery will take 2-4 weeks. I am requesting, therefore, a one month postponement of his reporting date for surgery and recovery. This will permit Mr. Carollo to begin his incarceration free of pain and healthier. Dr. Olweny opines that without this surgery, Mr. Carollo's condition will worsen and he will run the risk of having a significant medical emergency during his incarceration.

Your consideration of this request is greatly appreciated.

Very truly yours,

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

*Walter F. Timpone*

cc: Antonia R. Hill, USDOJ

11/21/12 I'll grant an adjournment of Carollo's surrender to noon on Monday Dec 17. You should know I have spoken to the Doctor and to the medical staff Doctor in Pensacola + both believe his Doctor believes a month would cause no great medical problem + Pensacola is equipped to handle his malady so it is unlikely there will be a further adjournment. If Pensacola believes the sooner he processes begins the better for him in terms of treatment. So you decide. SO ORDERED
Harold Baer Jr
USDJ

I'LL GRANT AN ADJOURNMENT OF CAROLLO'S SURRENDER TO NOON ON MONDAY DEC. 17. YOU SHOULD KNOW I HAVE SPOKEN TO HIS DOCTOR AND TO THE MEDICAL STAFF DOCTORS IN PENSACOLA, HIS DOCTOR BELIEVES A MONTH WOULD CAUSE NO GREAT MEDICAL PROBLEM AND PENSACOLA IS EQUIPPED TO HANDLE HIS MALADY SO IT IS UNLIKELY THERE WILL BE A FURTHER ADJOURNMENT AND PENSACOLA BELIEVES THE SOONER HIS PROCESSING BEGINS THE BETTER FOR HIM IN TERMS OF TREATMENT - YOU DECIDE.