PREET BHARARA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/12

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

       Plaintiff,

   - v. -

DOMINICK CAROLLO,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SATISFACTION OF JUDGMENT

10 CR 0654-01 (HB)

JUDGMENT #: 12,1981

SOUTHERN DISTRICT OF NEW YORK

  Satisfaction is acknowledged between United States of America, plaintiff, and Dominick Carollo, defendant, for the fine in the amount of $50,000.00 and the special assessment in the amount of $200.00, amounting in all to the sum of $50,200.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 25th day of October, 2012.

            PREET BHARARA
            United States Attorney for the
            Southern District of New York

            By: _____
            KATHLEEN A. ZEBROWSKI
            Assistant United States Attorney

STATE OF NEW YORK)
      ss:
COUNTY OF NEW YORK)

  On the 3rd day of December, 2012, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC