```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :      10 CR 654 (HB)
       - against -                  :
                                    :      ORDER
PETER S. GRIMM, DOMINICK E. CAROLLO,:
STEVEN E. GOLDBERG,                 :
                                    :
                 Defendants.        :
------------------------------------X
```

**VICTOR MARRERO, U.S.D.J.**

By Order dated November 26, 2013, the United States Court of Appeals for the Second Circuit reversed the judgments of conviction in this case of defendants Peter S. Grimm, Dominick E. Carollo, and Steven E. Goldberg. Accordingly, it is hereby

**ORDERED** that the United States Bureau of Prisons is directed to release from its custody defendants Peter S. Grimm, Register Number 63754-054, Dominick E. Carollo, Register Number 63753-054, and Steven E. Goldberg, Register Number 63755-054.

**SO ORDERED.**

Dated:   New York, New York
         27 November 2013

                                          VICTOR MARRERO
                                             U.S.D.J.